UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRANT LESLIE WASHAM,

        Plaintiff,

v.

LAKE COUNTY SHERIFF'S DEPT., et. al.,

        Defendants.

No. C 13-5335 EDL (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a detainee. On January 15, 2014, court found that plaintiff had failed to state a claim and dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. The twenty-eight days to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the court. This case is **DISMISSED** for failure to state a claim upon which relief can be granted.

**IT IS SO ORDERED.**

Dated: March 12, 2014.

        ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

G:\PRO-SE\EDL\CR.13\Washam5335.dis-fta.wpd